## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

JOHN KRONHOLM,
    Plaintiff,

v.                                                                                  CA. No. 17-385-JJM-LDA

DAVID S. CAMERON, et al.,
    Defendants.

### **JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's Text Order dated March 22, 2019, the judgment is hereby entered dismissing this matter with prejudice in accordance with Fed. R. Civ. P. 58.

    It is so ordered.


March 22, 2019                                         By the Court:

                                                              /s/ Hanorah Tyer-Witek.
                                                             Clerk of Court